IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SIEGFRIED WHITE,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.,**<br><br>    **Defendant.** | **CIVIL ACTION NO.**<br>**1:22-CV-4821-MHC-CCB** |

## ORDER

This matter is before the Court on Plaintiff's motion for an extension of time for Defendant to respond to the complaint. (Doc. 4). Plaintiff states that the parties are engaged in settlement discussions and that Defendant, who has not yet appeared, does not oppose the motion. *Id.* at 1. The motion, (Doc. 4), is **GRANTED,** and Defendant shall have until **February 13, 2023,** to answer or otherwise respond to the complaint. Further, because Plaintiff is in contact with Defendant, Plaintiff is **ORDERED** to provide a copy of this order to Defendant's counsel.

**IT IS SO ORDERED,** this 30th day of December, 2022.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE